**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LA TONYA RIGSBY,

        Plaintiff,

v.   Case No.: 3:23-cv-983-WWB-LLL

CHARTWELLS K12,

        Defendant.

## ORDER

THIS CAUSE is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 17), filed November 7, 2024. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida on November 13, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Party